AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

FILED
MAY 0 8 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ADAN OROZCO-GODINES | ) | Case No. 25-mj-396-MTS |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __3/28/2025__ in the county of __Tulsa__ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326 | Unlawful Reentry of a Removed Alien |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Deportation Officer Richard Ortiz
Printed name and title

Sworn to before me by phone.

Date: 5-8-2025

_____
Judge's signature

City and state:    Tulsa, OK        Mark T. Steele United States Magistrate Judge
Printed name and title

## Affidavit in Support of an Arrest Warrant
## in the Northern District of Oklahoma

I, Richard L. Ortiz, being duly sworn under oath, do hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Deportation Officer with Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) and have been since 2015. As part of my duties as a Deportation Officer (DO), I investigate immigration-related criminal violations relating to violations of 8 U.S.C. § 1326, illegal reentry of removed aliens. I am currently assigned to ERO Criminal Prosecutions, the Criminal Alien Program, and the Fugitive Operations Team in Tulsa, OK. I also assist Homeland Security Investigations (HSI) with the criminal prosecution of aliens for various violations of law.

2. Prior to this assignment, I was a DO at the Newark, NJ, Field Office where I had been assigned Detention Operations duties at the Elizabeth Contract Detention Facility from January 2016 to May 2019. From May 2019 to September 2021, I was later assigned Detained Docket duties at the same facility. Lastly, from September 2021 to January 2022, I was assigned to the Non-Detained Section until my transfer to the Tulsa, OK, Sub-Office on January 2022, where since June 2022, I have been assigned to the prosecutions section. I am currently tasked with reviewing cases encountered by the Tulsa-Sub Office in Tulsa by our Criminal Alien Program, Fugitive Operations Team, HSI, and members of the 287(g) program. The 287(g) program is a joint operation between ICE and Detention Officers of the Tulsa County

Sheriff's Office. These Detention Officers have been cross-trained by ICE as Designated Immigrations Officers (DIO) to assist in the identification and processing of undocumented aliens or those that have violated their lawful status in the United States.

3. After a subject is released to ICE on our detainer by a local police agency, I identify that a subject was not born in the United States, then the subject's fingerprints and biographical information are submitted to the Integrated Automated Fingerprint Information System (IAFIS) and the Automated Biometric Identification System (IDENT). If the subject has ever been encountered by an immigration officer this search of the immigration databases will show the subject has an "A" File with a corresponding A-File number.

4. An "A-File" or Alien-File is a file kept and maintained by United States Citizenship and Immigration Services and is the official file for all immigration and naturalization records for a particular alien. The A-File is identified by an A-File number. The A-File and A-File number are linked to the alien's fingerprints, which are unique to every individual. No two aliens have the same A-File or A-File number.

5. It is common practice for law enforcement to first obtain fingerprint results to verify an alien's identity, because in my knowledge, training, and experience, it is common for aliens to attempt to mislead law enforcement officers, state and local officials, and members of the United States Government as to their identity. This is often done through the use of false names, dates of birth, and other biographical information. Aliens do this to avoid deportation or to gain immigration-based

benefits, especially when they have an active removal order. Therefore, ICE ERO relies solely on the individual's A-number, confirmed via fingerprint, to identify Aliens who are subject to removal.

6. Subjects that are amenable to removal are then administratively processed for either an immigration hearing or for removal. Those subjects that have been identified as being previously removed who then unlawfully returned to the United States are referred to me for further review to ascertain if the subject meets the criteria for federal prosecution.

7. The facts and statements in this affidavit are based in part on information provided by other law enforcement officers and on my personal observations and training and experience as an Officer with ICE ERO. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

8. It is my belief that a male alien known as Adan OROZCO-Godines, **(OROZCO-Godines)** DOB xx-xx-1986, A-Number 099 573 792, has violated 8 U.S.C. § 1326 by illegally or unlawfully re-entering the United States after being previously removed.

## **RELEVANT STATUTES**

9. 8 U.S.C. § 1326 – Unlawful Reentry of Removed Aliens

   (a) In general

   Subject to subsection (b), any alien who—

   (1) has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter

   (2) enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act,

   shall be fined under Title 18, or imprisoned not more than 20 years, or both.

10. Accordingly, the elements of the crime committed by **OROZCO-Godines** are as follows:

First:    The defendant is an alien;

Second:  the defendant had previously been removed from the United States;

Third:    the defendant was found in the United States having entered knowingly;

Fourth:   the defendant had not received the consent of the proper legal authority to reapply for admission to the United States; and

Fifth:    the defendant was found in the Northern District of Oklahoma.

## PROBABLE CAUSE

11. Upon encounter on March 28, 2025, OROZCO-Godines was subsequently arrested by the Oklahoma Highway Patrol in Tulsa within the Northern District of Oklahoma and booked into the Tulsa County Jail for Driving Under the Influence of Alcohol, No Driver's License, and Fail to Stay in Single Lane. On that day, DIO Jones submitted OROZCO-Godines's fingerprints into the IAFIS and IDENT systems, which returned records that OROZCO-Godines is an alien and a Guatemalan national with an A-File number.

12. Immigration records show that OROZCO-Godines has never filed any application for permission to re-enter the United States and had never received consent from the Secretary of Homeland Security to reapply for admission to the United States, nor does OROZCO-Godines have any pending applications at this time. OROZCO-Godines's A-File reflects that he has been removed from the United States on four occasions, with his last removal taking place December 02, 2016, at Valley Internation Airport. OROZCO-Godines's A-File also reflects that he voluntarily returned to Guatemala on December 19, 2004, at Laredo, Texas.

13. **OROZCO-Godines'** A-File indicates he has formerly used the alias of: "Adan ORZCO Godines."

14. **OROZCO-Godines** is currently in ICE Custody.

## CONCLUSION

Based on the foregoing, affiant believes there is probable cause to arrest **Adan OROZCO-Godines** for a violation of 8 U.S.C. § 1326, Unlawful Reentry of Removed Alien.

Respectfully submitted,

*[signature]*
DO Richard L. Ortiz, ICE ERO

Subscribed and sworn via phone on the 8th day of May, 2025.

*[signature]*
The Honorable MARK T. STEELE
UNITED STATES MAGISTRATE JUDGE